# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:                                                  Case No. 93-52316

John Tyson and Carol Tyson
    Debtors                                         Judge Caldwell

                                                                   Chapter 7

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF COURT:**

The attached check in the amount of $74,194.08 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. See. 347(a) and FRBP 3011. The names and addresses of the parties entitled to those unclaimed dividends are as follows.

| **Debtor Name and Address** | **Amount of Dividend** |
|---|---|
| John Tyson and Carol Tyson<br>1929 Northwest Blvd<br>Columbus Ohio 43212 | $74,194.08 |

Dated: October 7, 2011                        /s/ Arnold S. White
                                                                          Arnold S. White
                                                                          0029018